UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DERRICK PRICE,**

    **Plaintiff,**

**v.**                                                                          Case No: 5:17-cv-423-Oc-30PRL

**TREVOR FITZGERALD, CODY HOPPEL, JAMES AMIDEI, ADAM CRAWFORD, CHRIS BLAIR and BILLY WOODS**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's motion to appoint the United States Marshal for service of process of Defendants, all of whom are former law enforcement officers with the Marion County Sheriff's Department. (Doc. 2). Plaintiff's counsel represents that despite a diligent search of public records, he has been unable to recover any addresses for the Defendants. He further notes that as former law enforcement officers, Defendants' home addresses, and other personal information are exempt from disclosure under Chapter 119, *Florida Statutes.*

Upon due consideration, Sheriff Billy Woods shall provide the Court within **TWENTY-ONE (21) DAYS** of the date of this Order any known forwarding addresses for Defendants Trevor Fitzgerald, Cody Hoppel, James Amidei, Adam Crawford, and Chris Blair. If the forwarding addresses are confidential, the addresses shall be provided to the Court *in camera* in order for service of process to be completed by the United States Marshal. Upon receipt of the addresses, the Court will enter an Order directing service of the Complaint.

**DONE** and **ORDERED** in Ocala, Florida on September 22, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

Marion County Sheriff's Office
692 NW 30th Ave
Ocala, Florida 34475